FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 22 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROSALINO RAMOS, On Behalf of Herself and
All Other Similarly Situated Consumers,

                      Plaintiff,          ORDER
                                           17-CV-3240

   - against –

HILLTOP MANAGEMENT GROUP LLC;
CHALBAN 613 REALTY LLC; MARK
CULTON; DAVID KRAMMER; and/or any
other related entities,

                      Defendants.
------------------------------------------------------------x
GLASSER, Senior United States District Judge:

      Before the Court is the parties' joint motion for settlement approval. ECF 22. The Court has reviewed the parties' proposed settlement and considered the various factors outlined in *Wolinsky* v. *Scholastic Inc.*, 900 F. Supp. 2d 332, 335-37 (S.D.N.Y. 2012). Having done so, the Court concludes that the parties' proposed settlement is fair and reasonable. Accordingly, the Court hereby grants the parties' motion and dismisses this action with prejudice.

      SO ORDERED.

Dated:     Brooklyn, New York
             December 21, 2017

                                              s/I. Leo Glasser
                                              I. Leo Glasser   U.S.D.J.